# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

130802-3 & (153)(156)(157)

MICHIGAN CITIZENS FOR WATER
CONSERVATION, R. J. DOYLE, BARBARA
DOYLE, JEFFREY R. SAPP and SHELLY M.
SAPP,
      Plaintiffs-Appellants/
      Cross-Appellees,

v

NESTLÉ WATERS NORTH AMERICA INC.,
      Defendant-Appellee/
      Cross-Appellant,
and

DONALD PATRICK BOLLMAN and NANCY
GALE BOLLMAN, a/k/a PAT BOLLMAN
ENTERPRISES,
      Defendants.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130802-3
COA: 254202; 256153
Mecosta CC: 01-014563-CE

On order of the Chief Justice motions by the Michigan Chamber of Commerce, the National Wildlife Federation and others and the Michigan Manufacturers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

Clerk